UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY ____ D.C.

05 JUN 21  PM 3: 13

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

M. STANLEY SHIPP,   )
            Plaintiff,   )
)
vs.   )   NO.   04-2144 BV
)
)
UNITED STATES OF AMERICA,   )
            Defendants.   )

## ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss or in the Alternative, Motion for Summary Judgment. Good cause having been shown, the Court hereby GRANTS the motion and extends the time to respond for an additional fifteen (15) days from June 20, 2005.

ENTERED this 21st day of June 2005.

_____
U S DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-21-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02144 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Ronald C. Wilson
WILSON & ASSOCIATES PA
P.O. Box 1299
West Memphis, AR 72303

Honorable J. Breen
US DISTRICT COURT