UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUL -6 PM 4: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

M. STANLEY SHIPP,   )
           Plaintiff, )
                    )
vs.                 )   NO.   04-2144 BV
                    )
                    )
UNITED STATES OF AMERICA, )
           Defendants. )

---

### ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

---

Before the Court is Plaintiff's Second Motion for Extension of Time to Respond to Defendant's Motion to Dismiss or in the Alternative, Motion for Summary Judgment. Good cause having been shown, the Court hereby GRANTS the motion and extends the time to respond for an additional ten (10) days to July 15, 2005. No further extensions will be allowed.

ENTERED this 6th day of July 2005.

_____
U S DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02144 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Ronald C. Wilson
WILSON & ASSOCIATES PA
P.O. Box 1299
West Memphis, AR 72303

Honorable J. Breen
US DISTRICT COURT