IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 21 AM 10: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

M. STANLEY SHIPP,

    Plaintiff,

v.                                                                  No. 04-2144-B/V

UNITED STATES OF AMERICA,

    Defendant.

---

### ORDER GRANTING MOTION TO SUPPLEMENT MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

---

Upon good cause shown, the motion to dismiss or, in the alternative, motion for summary judgment in the above matter is supplemented with documents as described in the government's motion.

**IT IS SO ORDERED** this 20th day of July, 2005.

                    J. DANIEL BREEN
                  UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-21-05

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02144 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Conny Davinroy Beatty
U.S. Postal Service
P.O. Box 66640
St. Louis, MO 63166--664

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Ronald C. Wilson
WILSON & ASSOCIATES PA
P.O. Box 1299
West Memphis, AR 72303

Honorable J. Breen
US DISTRICT COURT