UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ____ D.C.

05 OCT -5 PM 2: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

M. STANLEY SHIPP,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:04-2144-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion To Dismiss entered on October 4, 2005, this cause is hereby dismissed and judgment is entered in favor of the Defendant, the United States of America, and against the Plaintiff, M. Stanley Shipp.

APPROVED:

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

10/5/05
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-5-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02144 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Conny Davinroy Beatty
U.S. Postal Service
P.O. Box 66640
St. Louis, MO 63166--664

Ronald C. Wilson
WILSON & ASSOCIATES PA
P.O. Box 1299
West Memphis, AR 72303

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT